**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**MAGPUL INDUSTRIES CORP.,**

    **Plaintiff,**

v.                                                          CASE NO. 4:13-cv-439-MW/CAS

**MATTHEW GOTTLIEB,
RUDY'S RA1 ACCESSORIES,
and DOES 1-100,**

    **Defendants.**
_____/

**ORDER EXTENDING DEADLINE
TO RESPOND TO COMPLAINT**

This Court has considered, without hearing, the Stipulation Requesting an Order Be Entered Extending the Date to Respond to Complaint, ECF No. 38, filed November 26, 2013. The parties have stipulated they are in settlement negotiations and believe a full resolution of the case is possible without the need of a response to the Complaint. This Courts **accepts** the stipulation. The deadline for filing an Answer to the Complaint is extended to **December 23, 2013**, in the event a settlement is not reached prior to that date.

    **SO ORDERED on December 2, 2013.**

                                                       s/Mark E. Walker
                                                       **United States District Judge**