IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MAGPUL INDUSTRIES CORP.,**

    **Plaintiff,**

**v.**                                      **CASE NO. 4:13-cv-439-MW/CAS**

**MATTHEW GOTTLIEB,**
**RUDY'S RA1ACCESSORIES**
**and DOES 1-100,**

    **Defendants.**

_____/

**ORDER TO FILE ANSWER OR**
**NOTICE OF SETTLEMENT**

This Court entered its Order Extending Deadline to Respond to Complaint, ECF No. 39, on December 2, 2013, wherein Defendants were ordered to file an answer to the complaint on or before December 23, 2013, in the event a settlement was not reached by the parties. To date no answer has been filed to the complaint, nor any notice of settlement. Accordingly, it is

**ORDERED** that a notice of settlement or answer to the complaint shall be filed on or before **5:00 p.m. January 8, 2014.**

**SO ORDERED on January 3, 2014.**

                                                **s/Mark E. Walker**
                                                **United States District Judge**